**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UPRIGHT LAW LLC, et al.,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 20-CV-1006-SMY** |
| | ) | |
| **NANCY GARGULA,** *United States Trustee***,** | ) | |
| | ) | |
| **Appellee.** | ) | |

## <u>ORDER</u>

**YANDLE, District Judge:**

This matter is before the Court *sua sponte*.  Appellant Upright Law, LLC filed Notices of Appeal in 35 bankruptcy cases seeking review of an Order of the Bankruptcy Court denying its motion to close case.  Pursuant to Federal Rule of Civil Procedure 42(a), a court may consolidate actions when they "involve a common question of law or fact."  Here, the actions involve a challenge by the same Appellant law firm to the same Bankruptcy Court Order and involve common questions of law and fact.  Accordingly, the following cases are hereby **CONSOLIDATED**:

| | |
|---|---|
| *UpRight Law, et al. v. Gargula*, 20-cv-1006-SMY | *UpRight Law, et al. v. Gargula*, 20-cv-1026-SMY |
| *Brucker, et al. v. Gargula*, 20-cv-1007-SMY | *UpRight Law, et al. v. Gargula*, 20-cv-1027-SMY |
| *UpRight Law, et al. v. Gargula*, 20-cv-1008-SMY | *UpRight Law, et al. v. Gargula*, 20-cv-1028-SMY |
| *Burns, et al. v. Gargula*, 20-cv-1009-SMY | *Beckemeyer, et al. v. Gargula*, 20-cv-1029-SMY |
| *UpRight Law, et al. v. Gargula*, 20-cv-1010-SMY | *UpRight Law, et al. v. Gargula*, 20-cv-1030-SMY |
| *McClatchery, et al. v. Gargula*, 20-cv-1012-SMY | *UpRight Law, et al. v. Gargula*, 20-cv-1031-SMY |
| *Wise, et al. v. Gargula*, 20-cv-1013-SMY | *Curry, et al. v. Gargula*, 20-cv-1032-SMY |

| | |
|---|---|
| *UpRight Law, et al. v. Gargula*, 20-cv-1015-SMY | *UpRight Law, et al. v. Gargula*, 20-cv-1033-SMY |
| *UpRight Law, et al. v. Gargula*, 20-cv-1016-SMY | *UpRight Law, et al. v. Gargula*, 20-cv-1034-SMY |
| *UpRight Law, et al. v. Gargula*, 20-cv-1017-SMY | *UpRight Law, et al. v. Gargula*, 20-cv-1035-SMY |
| *UpRight Law, et al. v. Gargula*, 20-cv-1018-SMY | *UpRight Law, et al. v. Gargula*, 20-cv-1036-SMY |
| *UpRight Law, et al. v. Gargula*, 20-cv-1019-SMY | *UpRight Law, et al. v. Gargula*, 20-cv-1037-SMY |
| *Dennis, et al. v. Gargula*, 20-cv-1020-SMY | *UpRight Law, et al. v. Gargula*, 20-cv-1038-SMY |
| *UpRight Law, et al. v. Gargula*, 20-cv-1021-SMY | *Turner, et al. v. Gargula*, 20-cv-1039-SMY |
| *Schnack, et al. v. Gargula*, 20-cv-1022-SMY | *UpRight Law, et al. v. Gargula*, 20-cv-1040-SMY |
| *UpRight Law, et al. v. Gargula*, 20-cv-1023-SMY | *UpRight Law, et al. v. Gargula*, 20-cv-1041-SMY |
| *Miller Law, et al. v. Gargula*, 20-cv-1024-SMY | *Potter, et al. v. Gargula*, 20-cv-1042-SMY |
| *UpRight Law, et al. v. Gargula*, 20-cv-1025-SMY | |

The Clerk of Court is **DIRECTED** to file a copy of this Order in the above cases.  **All future filings shall be made in case number 20-cv-1006-SMY**.

**IT IS SO ORDERED.**

**DATED:  October 14, 2020**

**STACI M. YANDLE**
**United States District Judge**